# Order

Michigan Supreme Court
Lansing, Michigan

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154110

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

EDDIE LEE JAMES,
　　　　Defendant-Appellant.

SC: 154110
COA: 331262
Wayne CC: 96-006986-FC

_____/

　　　　On order of the Court, the application for leave to appeal the June 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



a1212

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017



Clerk